J F:\files\Legal\JG\41174-Noticeof Motion.wpd

**GOLDBERG & ASSOCIATES**
75 Main Street, Suite 201
Millburn, New Jersey 07041
(201) 420-1778
*Attorneys for Defendant*
*American Express Bank F.S.B.,*
*i/s/h/a American Express Centurion Bank*

----------------------------------------X

NICHOLAS COSMAS,

            Plaintiff,

            v.

AMERICAN EXPRESS CENTURION BANK,

            Defendant.

----------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOCKET NO. 07-CV-6099(FLW)

Civil Action

## NOTICE OF MOTION

Defendant, American Express Bank F.S.B., *i/s/h/a* American Express Centurion Bank, will move this Court on December 21, 2009, at 10:00 AM, before the Hon. Lois H. Goodman, at the United States District Court for the District of New Jersey, located at Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Room 7050, Trenton, New Jersey, 08608, for an Order dismissing each and every cause of action set forth in plaintiff's Complaint; and for such other relief as the Court may deem just and proper, pursuant to Federal Rules of Civil Procedure 8(a)(2), 12(b)(2), 12(b)(6) and 12(c).

Dated: November 24, 2009

                                      Yours, etc.

                                        GOLDBERG & ASSOCIATES

                          By:  _____
                                      Jack Gross (6845)
                                      *Attorneys for American Express Bank F.S.B.,*
                                      *i/s/h/a American Express Centurion Bank*
                                      75 Main Street, Suite 201
                                      Millburn, New Jersey 07041

TO: Timothy J. Provost, Esq.
Provost & Colrick, PA
*Attorney for Plaintiff*
50 Thoreau Drive
Freehold, New Jersey 07728