**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

February 3, 2011

**LETTER ORDER**

Re:   **COSMAS v. AMERICAN EXPRESS CENTURION BANK.**
       **Civil Action No. 07-6099 (FLW)**

Dear Counsel:

The Court has reviewed the February 3, 2011 letter from counsel for Plaintiff, indicating that Plaintiff has advised counsel that he may seek to retain new counsel and asking that the settlement conference currently scheduled for February 4, 2011 be adjourned for a short period of time to allow him to do so. The request is granted, and the settlement conference is hereby adjourned to **February 25, 2011 at 11:00 a.m.**

**Counsel and parties with full authority to settle are to be present in person. Any failure in this regard may subject the party to an imposition of sanctions**.

Five days before the conference, each party is to submit an *ex parte* statement of five pages or less, setting forth the issues relevant to settlement and the party's position as to settlement.

In the event Plaintiff elects not to continue with his current counsel, he is directed to have new counsel file a substitution of counsel prior to the settlement conference, or, if Plaintiff intends to proceed *pro se* in this matter, he is directed to have counsel file a motion for leave to withdraw prior to the settlement conference.

**IT IS SO ORDERED.**

LOIS H. GOODMAN
United States Magistrate Judge